# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147654-5

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re MARY V. MARTINDALE TRUST

_____

ELIZABETH VAESSEN
          Petitioner-Appellant,

v

MARGARET MARTINDALE, Trustee for the
Mary V. Martindale Trust,
          Respondent-Appellee.

SC: 147654-5
COA: 302978, 303478
Marquette Probate Ct:
    09-031585-TV

_____/

      On order of the Court, the application for leave to appeal the May 23, 2013 order and judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

t1118